23284

Ronald H. MILLER and Jan Miller, Petitioners v. FAIRFIELD COMMUNITIES, INC., Joe Takacs and Bob Albertson, Respondents.

(397 S.E. (2d) 377)

Supreme Court

*Allan R. Holmes, Gibbs & Holmes*, Charleston, *for petitioners.*

*Thomas A. Bright, Thomas H. Keim, Jr.* and *Anthony M. Emanuel, Haynsworth, Baldwin, Miles, Johnson, Greaves and Edwards*, Greenville, *for respondent.*

Heard Oct. 3, 1990.

Decided Oct. 22, 1990.

## ON WRIT OF CERTIORARI TO THE COURT OF APPEALS

*Per Curiam:*

We granted a writ of certiorari to review the decision of the Court of Appeals reported at 299 S.C. 23, 382 S.E. (2d) 16 (Ct. App. 1989). We now dismiss the writ as improvidently granted.